# United States District Court for the District of Columbia, "Civil Rights Division", U.S. Court House, 333 Constitution Avenue, N.W. Washington DC 20001, www.dcdcourts.gov

Julia Miller

546 Kaaahi St.

Honolulu, Hawaii 96817

(808)-218-1320

Juliam@hawaii.edu

**FILED**
JUN 3 0 2009
Clerk, U.S. District and Bankruptcy Courts

vs.

Case: 1:09-cv-01199
Assigned To : Unassigned
Assign. Date : 6/30/2009
Description: Civil Rights-Non-Employ.

College Financial Advisory

2009-2010 Financial Aid Programs

CFA-Processing Center Department

3368 Governor D., San Diego, CA 92122

Website: www.collegefinadv.org

Email: info@collegefinadv.org

**RECEIVED**
JUN 2 2 2009
Clerk, U.S. District and Bankruptcy Courts

Complaint:

United States District Court for the District of Columbia, this complaint involves several acts of noncompliance, nonresponsive communication through the U.S. Postal Services or online, I was awarded the opportunity to access several free grant products and services through the College Financial Advisory who notified me of my eligibility through the mail at my current temporary address, I've made several attempts to communicate with their agency and am unsuccessful in communicating with College Financial Advisory my financial needs , there appears to be a type of communication gap.

I also requested several services I know there agency offers free of charge and still their agency is nonresponsive, noncompliance to my concerns, request for

1

service, information, I've mailed their agency several letter of concern, request and I can't get the cooperation of the employee's of their agency to respond to assure that my academic needs are met.

I'm asking the United States District Court for the District of Columbia to validate that their agency is not fraudulent, scheming, and cunning on the public.

There website: www.collegefinadv.org doesn't make available enough information to accurately inform the public of the products and services offered to the public.

They don't advise or assess your needs and cost, or living expenses that are effected by attending college, they don't make available a brochure of services offered by there agency and that are not effective communicators.

I feel mislead by the intentions of their agency and need a second opinion as to what they intend to help me with and what specific financial aid is available to me as a college student in academic year 2009/2010.

I also would like to know if their agency intends on giving me access to other financial aid programs and services can and will they accommodate my proposal from www.applestore.com, **WEB PROPOSAL NUMBER: W45988528.**

I've encountered several previous problems with the United States Department of Education and its subdivisions and need the assistance of your agency in achieving this endeavor.

I'm hoping that if a third party intervenes as a mediator to communicate that I need a response to my concerns and request, maybe their agency will cooperate with me, and what better way than judicial proceedings.

Also I'm trying to prevent any fraudulent activities involving my identification and software and/or hardware products and services that I requested that there agency provide for academic purposes through other college financial aid programs made available by College Financial Advisory.

If possible could the United States District Court for the District of Columbia assist me in achieving this endeavor to assure that I have everything I need for academic year 2009/2010, and to enforce the ***No Child Left Behind Act***, enacted into congresses civil procedures by president elect George W. Bush Jr.

Enclosing with this letter of complaint there are several attached documents for the United States District Courts review, please read the attached documents carefully to assure coherence in what I'm requesting from College Financial Advisory.

If there's any additional information needed from me Julia to further assist the United States District Court, "Civil Rights Division" in assessing my complaint please feel free to contact me at the given temporary address: 546 Kaaahi Street Honolulu, Hawaii 96817, (808)-218-1320.

- **University of Hawaii, Leeward Community College, Student I.D. No. 1723-7947**
- **College Financial Advisory, Student Profile No. 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**

I eagerly await a response from your court and appreciated the cooperation of the United States District Court for the District of Columbia, "Civil Rights Division" please respond to my request in a urgent timely manner the academic year starts on August 24, 2009, and I'm suppose to relocate from Honolulu, Hawaii to Hilo, Hawaii to occupy my unit in student housing on August 05, 2009, so I need a prompt response from the District Court and/or a prompt solution to this endeavor.

X _____
Julia Miller
Student    06-17-2009



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SAN DIEGO CA 92122

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0002 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

Postmark Here — DOWNTOWN STATION HONOLULU 12/01/2008

Sent To: College Financial ADVISORY
Street, Apt. No.; or PO Box No.: Processing Center Dept. 3368 Governor
City, State, ZIP+4: Dr. STE. #144 San. CA. 92122-2936

PS Form 3800, August 2006  See Reverse for Instructions

7008 1140 0003 7832 0309



UNIVERSITY OF HAWAI'I
CITY OF LEEWARD
Miller, Julia A.



**Hawaii** *Identification Certificate*
SID NUMBER: A1109891
EXP: 06-03-2014  DOB: 06-0?-19?9
CITIZENSHIP: USA
HT  WT  HAIR  EYES
5-06
MILLER, Julia
546 KAAAHI ST
HONOLULU, HI 96817-4630



**SOCIAL SECURITY**
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
THIS NUMBER HAS BEEN ESTABLISHED FOR
JULIA ANN MILLER
SIGNATURE

---

HONOLULU DOWNTOWN STATION
HONOLULU, Hawaii
968139095
1424030002 -0091
12/01/2008  (808)532-1987   09:47:27 AM

```
                Sales Receipt
Product            Sale   Unit      Final
Description        Qty    Price     Price

SAN DIEGO CA 92122                  $0.42
Zone-8 First-Class
Letter
 0.60 oz.
    Return Rcpt (Green Card)        $2.20
    Certified                       $2.70
    Label #:       70081140000378320309
                                 ========
Issue PVI:                          $5.32

Total:                              $5.32

Paid by:
Cash                               $10.35
Change Due.                        -$5.03
```

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS

Bill#: 1000901280759
Clerk: 12

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

Customer Copy

**09 1199**

**FILED**

JUN 30 2009

Clerk, U.S. District and
Bankruptcy Courts

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 753995 LOC 002602 DT 120108 $9.00 **9DOLLARS AND NO CENTS*

Payable to 

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Integrated Payment Systems Inc (IPS) need not stop payment on, or replace, or refund a lost or stolen IPS Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Integrated Payment Systems Inc in writing immediately, and (3) You provide IPS with this original Money Order receipt issued by Integrated Payment Systems Inc., Englewood, Colorado. For customer service, call 1-800-999-9660

\* 0 8 9 8 9 0 3 2 5 5 8 \*

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 753995 LOC 002602 DT 112908 $40.00 **40DOLLARS AND NO **** CENTS**********************************************

Payable to 

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Integrated Payment Systems Inc (IPS) need not stop payment on, or replace, or refund a lost or stolen IPS Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Integrated Payment Systems Inc in writing immediately, and (3) You provide IPS with this original Money Order receipt issued by Integrated Payment Systems Inc., Englewood, Colorado. For customer service, call 1-800-999-9660

\* 0 8 9 8 9 0 3 2 5 5 3 \*

# COLLEGE FINANCIAL ADVISORY

www.collegefinadv.org • email. info@collegefinadv.org • 1-888-4-APLY-NOW

**Filing Deadline: December 31, 2008**

**Julia Miller, or Parents of**

17178 Stahelin St Det Mi
546 Kaaahi St
Honolulu, HI 96817-4630

| STUDENT PROFILE NUMBER[1] | : | 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 |
| --- | --- | --- |
| COLLEGE ATTENDING[2] | : | LEEWARD COMMUNITY COLLEGE |
| FILING STATUS[3] | : | PENDING |

It is time to apply for all available 2009-2010 financial aid programs to help pay for your college education expenses. Students who did not qualify for federal student aid (Pell Grants, FSEOG, or Work-Study), or students who need additional financial aid should apply to other existing financial aid programs.

Federal, state, local, and nationwide merit and need-based financial aid assistance is available to students regardless of their academic performance or level of family income. These financial aid funds are not loans and do not have to be repaid later. The free financial aid money can be used to pay for tuition, room & board, books, computers, and transportation.

Submit the enclosed Student Aid Profile Form (*SAPF*) to proceed with the 2009-2010 College Financial Advisory (CFA) student aid program and apply for the maximum merit and need-based financial aid programs.

The CFA Processing Center Department must receive all completed Student Aid Profile Forms no later than **December 31, 2008**. Fill out the form, enclose the refundable processing fee, and mail it in the pre-addressed envelope. The processing fee is returned within ten business days to students who do not qualify or do not receive financial aid money.

Apply early because most financial aid programs have strict deadlines and limited funding. Parents may complete the attached form with accurate student information and sign it. Late SAPFs will be accepted for students with special circumstances; however, not all financial aid funds will be available.

For more information, contact the CFA Student Aid Information Center at 1-888-4-APLY-NOW (1-888-427-5966), visit our website at www.collegefinadv.org or email us at info@collegefinadv.org.

Sincerely,

*Cindy Warwick*

Cindy Warwick
College Financial Advisory Director
CFA – 2009-2010 Financial Aid Programs
CW/fa

---

[1] Internal number assigned by College Financial Advisory (not a SSN)  [2] This Program is sponsored by College Financial Advisory organization  [3] College Financial Advisory's internal filing status - for more information see reverse side
CFA-LTR: FN-AD-0910-1                                                                                                              SPN 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
College Attending [2] LEEWARD COMMUNITY COLLEGE

## COLLEGE FINANCIAL ADVISORY

The cost of education continues to rise annually, and middle-income families often find themselves caught between "a rock and a hard place." Such families are not wealthy enough to cover all of the costs on their own, but do not have low enough incomes to qualify for need-based aid. Fortunately, there is more diverse financial aid available today than ever before, to help offset these rising costs. You can receive financial aid even if you are not a straight-A student or a top athlete. In fact, most students and parents are unaware of the vast number of civic, private and state grants, merit scholarships, and fellowships that are available each year. Financial aid is accessible to millions of American families. Yet, too many students are under the impression that they cannot receive financial aid that does not require repayment, so they do not bother applying at all. Remember, financial aid is the key to paying for your college education, and understanding the entire college financial aid process is vital. Do not borrow money to pay for your college education until you have fully exhausted all of the free money opportunities first. Borrowing money should be your last alternative. The more you know about the college preparation and financial aid process, the more financial aid money you will receive. Financial aid typically goes to those who know the most about the financial aid system, so it is important to understand all of your financial aid options when it comes to paying for college.

## CONTACT INFORMATION:

For more information, contact the College Financial Advisory Student Aid Information Center at 1-888-427-5966, visit our website at www.collegefinad.org or e-mail us at info@collegefinadv.org.

## INSTRUCTIONS TO FILL OUT THE ENCLOSED STUDENT AID PROFILE FORM (SAPF):

1. Please type or print clearly on both sides of the student aid profile form.
2. Mark an "X" in the box that best describes you for each section.
3. Make sure to sign and date the student aid profile form.
4. Note the CFA processing deadline date.
5. Return the SAPF with your refundable CFA processing fee of $49.00 in the enclosed envelope. Make checks payable to College Financial Advisory. If the return envelope is misplaced, use a regular envelope and mail to College Financial Advisory, Attention: Processing Center, 3368 Governor Drive, Suite F144, San Diego, California 92122.

## SECTION I: PERSONAL INFORMATION

1. Last Name - Write in your last name.
2. First Name - Write in your first name.
3. MI - Write in your middle initial.
4. Permanent Mailing Address - Write in your mailing address.
5. City - Write in your city.
6. State - Write in your state.
7. Zip Code - Write in your zip code.
8. Student Profile Number - Write in your Student Profile Number located on the CFA letter, or leave blank.
9. Date of Birth - Write in your birthday in MM/DD/YYYY format.
10. Area Code & Telephone Number - Write in your area code and telephone number.
11. E-mail Address - Write in your e-mail address.
12. What is Your State of Legal Residence? - Write in your state of legal residence.
13. Marital Status as of Today? - Mark your marital status as of today.
14. Sex - Mark your sex (male or female).

## SECTION II: EDUCATIONAL INFORMATION

1. School Currently Attending - Write in the name of the school you are currently attending. If you are planning to change your school, write in the school name that you will be attending.
2. Expected Enrollment Status - Select Full-time, Part-time, or Transfer.
3. Level of Credits, Highest Degree You Are Considering - Select Associate, Bachelors, Masters, or PhD.
4. Grade Point Average (GPA) - Write in your most recent semester grade point average. You do not have to write in your high school GPA.
5. Type of College You Are Attending or Planning to Attend - Select Two-year (community college), Four-year college/university, or Trade/Technical School.
6. Majors or Careers You Are Considering - Write up to three majors or careers.

## SECTION III: BACKGROUND INFORMATION

1. Ethnic/Racial Background - Select the appropriate box.
2. Clubs - Write up to 4 club memberships, organization involvement or leave blank.
3. Sports - Write up to 3 sports in which you have the interest and ability to participate in on an intercollegiate level.
4. Hobbies - Write up to 3 hobbies, talents, or special skills.
5. Military - If you served in the military, select the appropriate branch or the N/A box.
6. Work Experience - Write up to 4 volunteer or employment experiences.

## SECTION IV: PARENTS' INFORMATION

1. Father's Occupation - Write in your father's occupation or mark Unknown.
2. Name of Employer - Write in the name of your father's employer.
3. Mother's Occupation - Write in your mother's occupation or mark Unknown.
4. Name of Employer - Write in the name of your mother's employer.
5. Military - If your parents served in the military, select the appropriate branch or select the N/A box.
6. Highest school your father completed - Select Middle school, High school, College, or Unknown.
7. Highest school your mother completed - Select Middle school, High school, College, or Unknown.

## FOOTNOTES:

[1] This is an internal pre-digit number created and assigned by the College Financial Advisory organization (this is not a social security number).

[2] College Financial Advisory has directly sent this letter to students and it is not affiliated with any educational institutions or government agencies.

[3] College Financial Advisory's internal filing status code. The initial and default filing status code is "Pending."

# College Financial Advisory

2009-2010 Financial Aid Programs

CFA-Processing Center Department

3368 Governor D., San Diego, CA 92122

Website: www.collegefinadv.org

info@collegefinadv.org

1-(888)-4-APLY-NOW

RE: *Student Profile Number: 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*

   To whom it may concern, this comment is in addition to my last correspondence, I'm attaching to this letter of concern, my student housing application "office campus" and am requesting that if your agency is going to assist me than this is the area that I'm concerned about, "student housing", I've been on the University of Hawaii student housing waiting list for the past year and need to pay off my security deposit and first month's rent by **deadline due date of July 3, 2009**, amount due for a private room furnished, with bed, internet service, and cable TV 78 channels, etc.

   $748.96 is the total amount due for the month of August, my next monthly payments are due as follows: 09/16/2009, 10/16/2009, 11/16/2009, on the first page/ first paragraph of the application it clearly states that there are no restriction to arrival or departure dates and that in the event I decide to stay after the semester is over, I can pay for a private room--$23.00 a day.    If I elect to move in the unit before August 16, 2009, or depart after December 18, 2009, I must pay a total of $23.00 a day to occupy the private room.

   The second obstacle I need assistance with in addition to student housing is dietary aid, student meal plan, I would like to eat in the University of Hawaii, Hawaii Community College campus cafeteria breakfast, lunch, and dinner, I didn't access a application for a student meal plan and am requesting that if your agency College Financial Advisory is going to assist me than this particular subject is of grave importance.

   I also would like to purchase a MacBook Pro computer to assist me with my school work, as a resource, reference guide, or to type my class paper's and print for submission to my teacher.   The University of Hawaii, Hawaii Community College is contracted with Apple Store;

**Hawaii Community College** has a Custom Apple Store, where an administrator has selected products especially for your needs.

I'm submitting my proposal for the items requested MacBook Pro 13', white, IPod/IPhone, Cannon Digital Camcorder and accessories, please review the contents of my web proposal, proposal no. W45988528, I'm also attaching to this letter of concern a original photo copy of the web proposal I hope this information will be of assistance to College Financial Advisory in accessing my needs for funding tuition expenses.

The attachments consist of two separate attempts to access a web proposal, please review the contents of each shopping cart.

I eagerly await a response from your agency and appreciate the cooperation of the faculty of College Financial Advisory, please respond in a timely manner, a response from your agency is greatly appreciated.



Sincerely;

*Julia Miller*

*Student Status*

*University of Hawaii's Student No. 1723--7947*

Dear Apple Customer,

Thank you for preparing a proposal/quote using the Apple Online Custom Store.

Thank you for choosing Apple!

The Apple Online Store Team

========

There are four ways to purchase from the Apple Online Store:

1. Work with your institutional Apple Authorized Purchaser to place an order on your behalf or if you are authorized to place orders for your institution, access your institutions' custom store authorized purchaser link. If you do not know this information, please contact: customstores@apple.com
2. Fax in your purchase order toll free
   a. Education Higher Ed/K-12 Fax: 1-800-590-0063
   b. State and Local Government Fax: 1-866-821-7947
3. Contact Apple Education Sales Support toll free at 1-800-800-2775 to place your credit card or PCard order, State and Local Government call toll free at 1-877-412-7753.
4. Mail your purchase order and attached quote/proposal to:
   a. Apple Education
      Apple, Inc.
      12545 Riata Vista Circle
      M/S: 198HE
      Austin, TX 78727

   b. State and Local Government
      Apple, Inc.
      M/S: 198HE
      12545 Riata Vista Circle
      Austin, TX 78727

For additional assistance with your order, please call Apple Education toll free at 1-800-800-2775, State and Local Government call 1-877-412-7753.

====================================================================
Here is a summary of your proposal/quote:
====================================================================
PROPOSAL DATE: 15 May 2009

WEB PROPOSAL NUMBER: W45988528

CUSTOMER INFORMATION
Julia Miller
Administration Of Justice
University of Hawaii-Student Profile No. 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
juliam@hawaii.edu
(808) 218-1320

Comments: College Financial Advisory, this is a quote and a expenses I would like your agency's assistance with, please email me Juliam@hawaii.edu to confirm receipt of this estimate/quote

PURCHASE INFORMATION

Part Number:  MB528LL/A
Product Name:  iPod touch, 8GB
Unit Price:  229.00
Quantity:  1
Net Price:  229.00
Estimated Shipping   3-5 business days

Part Number:  TQ641LL/A
Product Name:  Sena UltraSlim Pouch for iPod touch (Black)
Unit Price:  29.95
Quantity:  1
Net Price:  29.95
Estimated Shipping   3-5 business days

Part Number:  TQ742LL/A
Product Name:  Microsoft Office Mac 2008
Unit Price:  399.95
Quantity:  1
Net Price:  399.95
Estimated Shipping   3-5 business days

Part Number:  TS861LL/A
Product Name:  Belkin Dual Auto Charger for iPod and iPhone
Unit Price:  29.95
Quantity:  1
Net Price:  29.95
Estimated Shipping   3-5 business days

Part Number:  MB572Z/A
Product Name:  Mini-DisplayPort to VGA Adapter
Unit Price:  29.00
Quantity:  1
Net Price:  29.00
Estimated Shipping   3-5 business days

Part Number:  MB352LL/B
Product Name:  Apple USB Power Adapter
Unit Price:  29.00
Quantity:  1
Net Price:  29.00
Estimated Shipping   3-5 business days

Part Number:  MB770G/A
Product Name:  Apple Earphones with Remote and Mic

Unit Price:   29.00
Quantity:   1
Net Price:   29.00
Estimated Shipping   3-5 business days

Part Number:   TM024LL/A
Product Name:   Canon ZR800 Digital Camcorder
Unit Price:   179.95
Quantity:   1
Net Price:   179.95
Estimated Shipping   3-5 business days

Part Number:   TR408G/A
Product Name:   Norton AntiVirus Dual Protection for Mac
Unit Price:   69.95
Quantity:   1
Net Price:   69.95
Estimated Shipping   3-5 business days

Part Number:   TS697LL/A
Product Name:   HP OfficeJet J6480 All-in-One Printer, Fax, Scanner, Copier
Unit Price:   199.95
Quantity:   1
Net Price:   199.95
Estimated Shipping   3-5 business days

Part Number:   MB111LL/A
Product Name:   Apple wireless Mighty Mouse
Unit Price:   69.00
Quantity:   1
Net Price:   69.00
Estimated Shipping   1-3 business days

Part Number:   TB998LL/A
Product Name:   JBL Duet 2.0 Speakers
Unit Price:   49.95
Quantity:   1
Net Price:   49.95
Estimated Shipping   3-5 business days

Part Number:   MB321LL/A
Product Name:   AirPort Express Base Station with 802.11n and AirTunes
Unit Price:   99.00
Quantity:   1
Net Price:   99.00
Estimated Shipping   3-5 business days

Part Number:   MA938LL/A
Product Name:   Apple 85W MagSafe Power Adapter (for MacBook Pro)
Unit Price:   79.00
Quantity:   1

Net Price:   79.00
Estimated Shipping   3-5 business days

Part Number:  TR632LL/A
Product Name: Incase Neoprene Sleeve MacBook (Black)
Unit Price:   34.95
Quantity:     1
Net Price:    34.95
Estimated Shipping   3-5 business days

Part Number:  S3130LL/A
Product Name: AppleCare Protection Plan for MacBook Air/MacBook - Auto Enroll
Unit Price:   183.00
Quantity:     1
Net Price:    183.00
Estimated Shipping   Within 24 hours

Part Number:  Z0G9
Product Name: MacBook 13-inch, 2.0GHz Intel Core 2 Duo - White
Options:
    065-8339   2.0GHz Intel Core 2 Duo
    065-8341   4GB 667MHz DDR2 SDRAM - 2x2GB
    065-8344   250GB Serial ATA Drive @ 5400 rpm
    065-8346   SuperDrive 8x (DVD±R DL/DVD±RW/CD-RW)
    065-8348   Apple Mini-DVI to DVI Adapter
    065-8353   Apple Remote
    065-8643   iWork '09 preinstalled
    065-7682   Final Cut Express preinstalled
    065-8260   Aperture preinstalled
    065-8355   Keyboard/Mac OS - U.S. English
    065-8358   Accessory Kit
Unit Price:   1,342.00
Quantity:     1
Net Price:    1,342.00
Estimated Shipping   3-5 business days

SUBTOTAL: 3,082.60

Total does not include any applicable sales tax.
 Promotion Savings are subject to verification.

=================================================================

THIS IS A QUOTE FOR THE SALE OF PRODUCTS OR SERVICES. YOUR USE OF THIS QUOTE IS SUBJECT TO THE FOLLOWING PROVISIONS:
A. ANY ORDER THAT YOU PLACE IN RESPONSE TO THIS QUOTE WILL BE GOVERNED BY (1) ANY CONTRACT IN EFFECT BETWEEN APPLE INC. ("APPLE") AND YOU AT THE TIME YOU PLACE THE ORDER OR (2), IF YOU DO NOT HAVE A CONTRACT IN EFFECT WITH APPLE GO HERE TO APPLY FOR A CONTRACT. http://wwss.apple.com/shorttermagreement/
B. IF YOU USE YOUR FORM OF PURCHASE ORDER TO PLACE AN ORDER IN RESPONSE TO THIS QUOTE, APPLE REJECTS ANY TERMS SET OUT ON THE PURCHASE ORDER THAT

- ARE INCONSISTENT WITH OR IN ADDITION TO THE TERMS OF YOUR AGREEMENT WITH APPLE.
C. YOUR ORDER MUST REFER SPECIFICALLY TO THIS QUOTE AND IS SUBJECT TO APPLE'S ACCEPTANCE.
D. UNLESS THIS QUOTE SPECIFIES OTHERWISE, IT REMAINS IN EFFECT UNTIL: 30 days from the date the quote was issued.

UNLESS APPLE WITHDRAWS IT BEFORE YOU PLACE AN ORDER, BY SENDING NOTICE OF ITS INTENTION TO WITHDRAW THE QUOTE TO YOUR ADDRESS SET OUT IN THE QUOTE. APPLE MAY MODIFY ANY PROVISION OF THIS QUOTE, OR CANCEL ANY ORDER YOU PLACE PURSUANT TO THIS QUOTE, IF THIS QUOTE CONTAINS A TYPOGRAPHIC OR OTHER ERROR.